## NATHANIEL C. DANA v. ROBERT G. LEWIS.

The word " crops," in a will, will pass crops growing on a farm at the death of the testator, where there are other words in the will by which the gathered crops would pass.

THIS was an action of replevin for fourteen tons of hay and five tons of oats unthrashed, cut for fodder, which were attached by the defendant, as sheriff, upon execution in favor of Joseph Metcalf against Amasa Whipple. The plaintiff claimed the property under a devise of the land, from which the hay and oats were cut, by Abigail Whipple, the late owner thereof, to John B. Read, in trust for her son, the said Amasa Whipple, the plaintiff having been appointed under the will in the place of said Read, who declined accepting the trust. The will also contained a bequest to her son, the said Amasa Whipple, " of all the crops upon said farm, and all the cattle and live stock thereon, and all the wagons, carts, tools, or other farming utensils and implements thereon, and all the hay, fodder, produce and provisions on hand thereon at my decease." The will was executed in August, 1852, and the testatrix died in May following. The hay and oats, on which the execution was served, were cut after her decease, and were claimed by the plaintiff to have passed to him as part of the farm devised. For the defendant it was contended that they passed to Amasa Whipple under the word crops.

*Manchester*, for the plaintiff.

*Bradley*, for the defendant.

BRAYTON, J. delivered the opinion of the Court.

The only question in this case is, whether the word crops, in the bequest to Amasa Whipple, means growing crops or gathered crops. If it means the former, the execution was rightly served by the defendant. It is a rule of construction, that effect should be given to all the words of a written instrument, if that be possible. We think the gathered crops would have passed to Amasa Whipple by the words " hay, fodder, produce and provisions ;" and, therefore, as the word " crops" may mean either gathered or growing crops, in order to give effect to it, we must construe it in the latter sense.

*Judgment for the defendant.*